# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARIA M. CABALLERO  
6518 PALO VERDE DRIVE  
ROCKFORD, IL  61114  

SSN-xxx-xx-7041

Case Number: 04-72719

Case filed on: 5/24/2004  
Plan Confirmed on: 7/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,821.26     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARIA M. CABALLERO | 0.00 | 0.00 | 637.59 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 637.59 | 0.00 |
| 001 | ABD FEDERAL CREDIT UNION | 12,797.20 | 12,797.20 | 12,797.20 | 1,509.49 |
| 003 | EVERHOME MORTGAGE | 132,660.57 | 0.00 | 0.00 | 0.00 |
| 004 | EVERHOME MORTGAGE | 13,476.74 | 1,342.54 | 1,342.54 | 0.00 |
| 023 | EVERHOME MORTGAGE | 900.00 | 200.00 | 175.00 | 0.00 |
|  | Total Secured | 159,834.51 | 14,339.74 | 14,314.74 | 1,509.49 |
| 005 | ACCOUNTS RECOVERY SERVICE | 1,194.75 | 1,194.75 | 1,194.75 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 467.17 | 467.17 | 467.17 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,203.00 | 2,203.00 | 2,203.00 | 0.00 |
| 015 | NICOR GAS | 323.60 | 323.60 | 323.60 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 1,006.98 | 1,006.98 | 1,006.98 | 0.00 |
| 018 | PUZZLEMANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICE, INC | 562.01 | 562.01 | 562.01 | 0.00 |
| 020 | CARD PROCESSING CENTER | 1,152.35 | 1,152.35 | 1,152.35 | 0.00 |
| 021 | STCL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS/ | 799.76 | 799.76 | 799.76 | 0.00 |
|  | Total Unsecured | 7,709.62 | 7,709.62 | 7,709.62 | 0.00 |
|  | Grand Total: | 167,544.13 | 22,049.36 | 22,661.95 | 1,509.49 |

Total Paid Claimant:    $24,171.44  
Trustee Allowance:      $1,649.82  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007            By  /s/Heather M. Fagan